JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JULIANA CORTES LINARES,

             Plaintiff,

      v.

FRANK BISIGNANO,
Commissioner of Social Security
Administration,

             Defendant.

Case No. 2:25-cv-02548-SSS-SP

**JUDGMENT**

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter be **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge, and the Report and Recommendation of United States Magistrate Judge.

Dated: April 3, 2026

HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE