Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, CA 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff JULIANA N. CORTES LINARES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANA N. CORTES LINARES<br>Plaintiff<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant | CASE NO. 2:25-cv-2548-SP<br><br>**ORDER FOR AWARD OF EAJA FEES** |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$11,800** as authorized by 28 U.S.C. § 2412. Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees belong to Plaintiff and are subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B). If, after receiving the Court's EAJA fee order, the Commissioner determines that Plaintiff has assigned the right to EAJA fees to counsel and Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, then EAJA fees may be made payable to Plaintiff's attorney, Sima G. Aghai, by either electronic funds transfer or check. If Plaintiff owes a debt under the Treasury Offset Program, any remaining EAJA fees after offset will be made by check payable to Plaintiff and delivered to the business address of Plaintiff's counsel.

DATED: August 6, 2026

HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE